Exhibit A

---

FRANK VETRONE, AS TRUSTEE OF THE
CENTRAL NEW YORK PAINTERS & ALLIED
TRADES DEFINED BENEFIT PENSION FUND,

                              Plaintiff,

-vs-

SYRACUSE HOUSING AUTHORITY,

                              Defendant.

**STIPULATION OF DISCONTINUANCE**

Case No. 5:09-CV-1352
(GTS/DEP)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that none of the parties is an infant or an incompetent and that the above-captioned action be and the same is hereby dismissed with prejudice and without costs or attorneys' fees to either party. Counsel have the authority from their respective clients to so stipulate.

_____
Colin M. Leonard, Esq. (512865)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
One Lincoln Center
Syracuse, New York 13202-1355
(315) 218-8000
E-mail: cleonard@bsk.com

_____
P. Douglas Dodd, Esq. (301598)
Ali, Pappas & Cox, P.C.
614 James Street
Suite 100
Syracuse NY 13202
(315) 472-4481
E-mail: ddodd@apclegal.com

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: July 27, 2010

1717889.2 7/8/2010